USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-6-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
GRIFFIN INDUSTRIES, INC.                 :
                                         :
        Plaintiffs,                      :     08 Civ. 8489 (JSR)
                                         :
        -v-                              :     ORDER AND JUDGMENT
                                         :
NORFOLK, L.P., et al.                    :
                                         :
        Defendants.                      :
---------------------------------------- x

JED S. RAKOFF, U.S.D.J.

   For the reasons stated in The Shipping Corporation of India Ltd. v. Jaldhi Overseas Pte Ltd., No. 08-3477-cv (2d Cir. Oct. 16, 2009), the attachment previously issued in this case is hereby vacated and final judgment is hereby rendered dismissing the case. The Clerk of the Court is directed to close all open docket entries and the attached financial institution is directed to return all funds previously subject to attachment to the originators of the electronic fund transfers.

   SO ORDERED.

                                    _____
                                    JED S. RAKOFF, U.S.D.J.

Dated:    New York, New York
          November 5, 2009